UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re
DAVID G. & SHERRY K. NOBLES
      Debtor(s).                                              No. 04-15870-JJ

REPORT TO THE COURT OF UNCLAIMED
FUNDS TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11 U.S.C. Section 341(a) and Bankruptcy rule 3011, I report to the Court that I will deposit the total sum of $9,654.76 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amounts which they are entitled to be paid are listed here:

Chase Manhattan Bank, USA, N.A                $9,654.76
c/o Chase BankCard Services, Inc.
PO Box 52176
Phoenix, AZ 85072-2176

                                    *Electronically filed*
                                    Yvette J. Gonzales
                                    Trustee
                                    P.O. Box 1037
                                    Placitas, NM 87043
                                    (505) 771-0700

THIS WILL CERTIFY that a true copy of the above was emailed to the U.S. Trustee this 5th day of February, 2010.